AUSMAN, Respondent, vs. MLAKER, Appellant.

For the appellant: *John E. Megna* of Milwaukee.

For the respondent: *Norman S. Kupper* and *Lines, Spooner & Quarles,* attorneys, and *James T. Guy* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

O'BRIEN and wife, Appellants, vs. DANE COUNTY, Respondent.

For the appellants: *Rooney & Hillyer* of Madison.

For the respondent: *Norris E. Maloney,* district attorney, and *Walter M. Bjork,* deputy district attorney.

*By the Court.*—Judgment affirmed.